UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 24-cv-22316-JB

JESUS GONZALEZ

    Plaintiff,

v.

HERC RENTALS, INC, and
JOSE J. MONTES, LE.

    Defendants.
_____/

### NOTICE OF SETTLEMENT WITH DEFENDANT, JOSE J. MONTES, LE

    Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, hereby notifies the Court that an agreement has been reached with Defendant, JOSE J. MONTES, LE, that resolves all claims that were or could have been brought in this action as to the named Defendant. The parties are in the process of working on the Settlement Agreement and request the Court thirty (30) days to finalize their written Settlement Agreement and submit the appropriate dismissal documents as to Defendant, JOSE J. MONTES, LE.

    All claims are still pending regarding Defendant, HERC RENTALS, INC, as it was not part of the settlement.

    Respectfully submitted this July 9, 2024.

    By: */s/ Juan Courtney Cunningham*
    Juan Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    Telephone: 305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

**Gonzalez v. Herc Rentals**
**Case No. 24-cv-22316-JB**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*