UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22316-JB

JESUS GONZALEZ,

    Plaintiff,

v.

HERC RENTALS, INC. and JOSE J. MONTES, LE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Jesus Gonzalez and Defendant Herc Rentals, Inc. hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: July 29, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Paul De Boe* |
| J. Courtney Cunningham, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 628166 | Florida Bar No.: 52051 |
| cc@cunninghampllc.com | paul.deboe@ogletreedeakins.com |
| J. COURTNEY CUNNINGHAM, PLLC | OGLETREE, DEAKINS, NASH, |
| 8950 S.W. 74th Court, Ste. 2201 | SMOAK & STEWART, P.C. |
| Miami, FL 33156 | Two Datran Center |
| Telephone: 305.351.2014 | 9130 S. Dadeland Boulevard, Ste. 1625 |
| Facsimile: 305.513.5942 | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant, Herc Rentals, Inc.* |