UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22316-JB

JESUS GONZALEZ,

       Plaintiff,

v.

HERC RENTALS, INC. and JOSE
J. MONTES, LE,

       Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement (the "Notice") filed by Plaintiff Jesus Gonzalez ("Plaintiff") and Defendant Herc Rentals, Inc. ("Herc"). ECF No. [11]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Herc shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If Plaintiff and Herc fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of July, 2024.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**