UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22316-JB

JESUS GONZALEZ,

    Plaintiff,

v.

HERC RENTALS, INC. and JOSE
J. MONTES, LE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jesus Gonzalez and Defendant Herc Rentals, Inc. hereby stipulate to the dismissal with prejudice of all claims in this action as to both defendants.[1]

Dated: August 9, 2024

Respectfully submitted

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Paul De Boe* |
| J. Courtney Cunningham, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 628166 | Florida Bar No.: 52051 |
| cc@cunninghampllc.com | paul.deboe@ogletreedeakins.com |
| J. COURTNEY CUNNINGHAM, PLLC | OGLETREE, DEAKINS, NASH, |
| 8950 S.W. 74th Court, Ste. 2201 | SMOAK & STEWART, P.C. |
| Miami, FL 33156 | Two Datran Center |
| Telephone: 305.351.2014 | 9130 S. Dadeland Boulevard, Ste. 1625 |
| Facsimile: 305.513.5942 | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| *Counsel for Plaintiff* | Facsimile: 305.374.0456 |
| | |
| | *Counsel for Defendant, Herc Rentals, Inc.* |

---

[1] Defendant Jose J. Montes, LE has not appeared in this action.