UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22316-JB

JESUS GONZALEZ,

       Plaintiff,

v.

HERC RENTALS, INC. and JOSE J. MONTES, LE,

       Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties in ECF No. [13], in which they stipulate to the dismissal with prejudice of all claims in this action as to both Defendants. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 12th day of August, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**